**03-15-00093-CV**

**Velva L. Price**
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



March 23, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GV-14-000227 and Court of Appeals number ~~03-54-00093-CV~~, styled, The City of Houston, Texas vs Greg Abbott, et al is due in your office today, March 23, 2015. This office has not received payment for this record as of today; however, the appellant is going to expedite the payment. Therefore, I am requesting an extension for filing. Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Bari Henson
Deputy Court Clerk II
(512) 854-5835